IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIS PUCKETT                                                                        PLAINTIFF

v.                                    Case No. 3:10-cv-38-DPM

CITY OF WEST MEMPHIS, ARKANSAS,
MAYOR WILLIAM H. JOHNSON, Individually
and in His Official Capacity, OFFICER LANCE
ELLIS, Individually and in His Official Capacity,
CHIEF BOB PAUDERT, Individually and in His
Individual Capacity                                                                 DEFENDANTS

ORDER

The parties' joint motion to dismiss, *Document No. 50*, is granted. Puckett's action against all Defendants is dismissed with prejudice. Puckett's motion to enforce settlement, *Document No. 47*, is denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 July 2011