IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIS PUCKETT                                                                PLAINTIFF

v.                              Case No. 3:10-cv-38-DPM

CITY OF WEST MEMPHIS, ARKANSAS,
MAYOR WILLIAM H. JOHNSON, Individually
and in His Official Capacity, OFFICER LANCE
ELLIS, Individually and in His Official Capacity,
CHIEF BOB PAUDERT, Individually and in His
Individual Capacity                                                           DEFENDANTS

JUDGMENT

Puckett's complaint, *Document No. 1*, is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 July 2011